IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No.: 1:15-CR-355 |
| | ) | |
| v. | ) | Count 1: 18 U.S.C. §2252(a)(2) & (b)(1) |
| | ) | Receipt of Child Pornography |
| GREGORY THADDEUS POSEY, | ) | |
| | ) | Count 2: 18 U.S.C. §2252(a)(2) & (b)(1) |
| Defendant. | ) | Distribution of Child Pornography |
| | ) | |
| | ) | Count 3: 18 U.S.C. §2252(a)(4) & (b)(2) |

INDICTMENT

December 2015 Term, Alexandria

THE GRAND JURY CHARGES THAT:

## COUNT 1

(Receipt of Child Pornography)

Between in or about February 2009 through November 2011, within Fairfax County, in the Eastern District of Virginia, the defendant, GREGORY THADDEUS POSEY, unlawfully and knowingly received and attempted to receive any visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and that has been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer; to wit: POSEY received by means of a Powerspec computer (S/N 8986110400074) connected to the Internet still images and videos depicting minor and prepubescent children engaging in sexually explicit conduct, including actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1)).

THE GRAND JURY FURTHER CHARGES THAT:

COUNT 2

(Distribution of Child Pornography)

Between in or about September 2011 through November 2011, within Fairfax County, in the Eastern District of Virginia, the defendant, GREGORY THADDEUS POSEY, unlawfully and knowingly distributed and attempted to distribute any visual depiction of a minor engaging in sexually explicit conduct using any means and facility of interstate and foreign commerce, and that has been mailed, shipped, and transported in and affecting interstate and foreign commerce, and which contains materials which have been mailed and so shipped and transported, by any means including by computer; to wit: POSEY distributed by means of a Powerspec computer (S/N 8986110400074) connected to the Internet still images and videos depicting minor and prepubescent children engaging in sexually explicit conduct, including actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1)).

THE GRAND JURY FURTHER CHARGES THAT:

## COUNT 3

(Possession of Child Pornography)

In or about December 2011, within the Eastern District of Virginia, the defendant GREGORY THADDEUS POSEY, unlawfully and knowingly possessed and accessed with intent to view and attempted to possess and access with intent to view one or more matters which contain any visual depiction of a minor engaging in sexually explicit conduct that has been mailed, shipped, and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using any materials which have been mailed and so shipped and transported, by any means, including by computer, to wit: POSEY possessed a Fujitsu computer (S/N S2HCJDZZ901519) and multiple digital media items, including hard drives and disks, that contained still images and videos depicting minor and prepubescent children engaging in sexually explicit conduct, including actual and simulated intercourse, masturbation, and the lascivious exhibition of the genitals and pubic area.

(In violation of Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)).

## FORFEITURE

If convicted of one or more of the violations alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253:

1. Any and all matter which contains child pornography or any visual depiction of sexually explicit conduct described in Title 18, United States Code, Section 2252, received, distributed, or possessed in violation of Title 18, United States Code, Section 2252;

2. Any property, real and personal, constituting, derived from, or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2252; and

3. Any property, real and personal, used or intended to be used in any manner or part to commit or to promote the commission of violations of Title 18, United States Code, Section 2252 and any property traceable to such property.

This property includes, but is not limited to, the following specific property seized from the defendant's residence on December 13, 2011:

a. Powerspec Computer (S/N 8986110400074)
b. Golden Tech Computer (S/N L3270ZDG)
c. Western Digital Hard Drive (S/N WM6281304135) from a desktop computer
d. Fujitsu Laptop Computer (S/N S2HCJDZZ901519)
e. Western Digital Hard Drive (S/N WMAAN1040060)
f. Fujitsu Hard Drive (S/N NZ1KT7627JWK)
g. LG Cellphone (S/N 010KPHG0278881)
h. Approximately 197 CDs/DVDs on HGST Hard Drive (S/N YGKJJ24G)

A TRUE BILL

Pursuant to the E-Government Act,
the original of this page has been filed
under seal in the Clerk's Office.

_____
FOREPERSON

DANA J. BOENTE
UNITED STATES ATTORNEY

By: _____
Tracy Doherty-McCormick
Gordon Kromberg
Kellen Dwyer
Assistant United States Attorneys