Date: 03-17-16     Judge: O'GRADY            Reporter: N. Linnell
Time: 11:08 To 11:23                         Interpreter: _____
                                             Language: _____

UNITED STATES of AMERICA

vs.

GREGORY THADDEUS POSEY           1:15CR00355-001
Defendant's Name                 Case Number

John Zwerling and Cary Citronberg     Kellen Dwyer
Counsel for Defendant                 Counsel for Government

Matter called for:
( ) Motions   ( ) Setting Trial Date   ( ) Rule 35   ( ) Arraignment
( ) Appeal from USMC   ( ) Sentencing   ( ) Rule 20 & Plea   ( ) Probation/Supervised Release Hrg
( ) Pre-Indictment Plea   (X) Change of Plea   ( ) Other: _____

Defendant appeared:   (X) in person        ( ) failed to Appear
                     (X) with Counsel     ( ) without counsel   ( ) through counsel
Filed in open court:

( ) Criminal Information   (X) Plea Agreement   (X) Statement of Facts   ( ) Waiver of Indictment
( ) Discovery Order

Arraignment & Plea:
( ) WFA   (X) FA   (X) PG   ( ) PNG   Trial by Jury: ( ) Demanded   ( ) Waived

Defendant entered into an agreement pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure as to Count 3 of the Indictment, and the Court conditionally accepts the defendant's plea.

Defendant directed to USPO for PSI: (X) Yes   ( ) No
Case continued to   07/01/16   at   9:00 a.m.   for:   (X) Sentencing

Government's motion to dismiss remaining counts – GRANTED – Order entered and filed in open court..

Defendant continued on bond.

Email P.O., and Jury:  X         Jury trial set: 04/25/16